**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
JAMES M. BAKER                                      )
                                                                 )   Index No. 05-CV-00272
                                 Plaintiff,    )

                             vs.                 )

MBNA CORP., BRUCE L. HAMMONDS,     )
KENNETH A. VECCHIONE, RICHARD K.   )
STRUTHERS, CHARLES C. KRULAK,      )
JOHN R. COCHRAN, III, MICHAEL G.   )
RHODES, LANCE L. WEAVER, AND       )
JOHN W. SCHEFLEN,                  )

                             Defendants.     )
---------------------------------------------------------------x
---------------------------------------------------------------x
ROCHELLE PHILLIPS                   )
                                       )   Index No. 05-CV-00277
                             Plaintiff,   )

                             vs.                )

MBNA CORP., BRUCE L. HAMMONDS,     )
KENNETH A. VECCHIONE,              )

                             Defendants.     )
---------------------------------------------------------------x

**FILED**
**JUL 1 2 2005**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

[Caption continued on next page]

```
-----------------------------------------------------------x
ROBERT WILKINS                              )
                                            )         Index No. 05-CV-00287
                    Plaintiff,              )
                                            )
       vs.                                  )
                                            )
MBNA CORP., BRUCE L. HAMMONDS,              )
KENNETH A. VECCHIONE, RICHARD K.            )
STRUTHERS, CHARLES C. KRULAK,               )
JOHN R. COCHRAN, III, MICHAEL G.            )
RHODES, LANCE L. WEAVER, AND                )
JOHN W. SCHEFLEN,                           )
                                            )
                    Defendants.             )
-----------------------------------------------------------x
-----------------------------------------------------------x
LEONARD BRONSTEIN                           )
                                            )         Index No. 05-CV-00289
                    Plaintiff,              )
                                            )
       vs.                                  )
                                            )
MBNA CORP., BRUCE L. HAMMONDS,              )
KENNETH A. VECCHIONE, RICHARD K.            )
STRUTHERS, CHARLES C. KRULAK,               )
JOHN R. COCHRAN, III, MICHAEL G.            )
RHODES, LANCE L. WEAVER, AND                )
JOHN W. SCHEFLEN,                           )
                                            )
                    Defendants.             )
-----------------------------------------------------------x
```

[Caption continued on next page]

```
------------------------------------------------------------x
GREG PENN                                    )
                                             )   Index No. 05-CV-00293
              Plaintiff,                     )
                                             )
     vs.                                     )
                                             )
MBNA CORP., BRUCE L. HAMMONDS,               )
KENNETH A. VECCHIONE, RICHARD K.             )
STRUTHERS, CHARLES C. KRULAK,                )
JOHN R. COCHRAN, III, MICHAEL G.             )
RHODES, LANCE L. WEAVER,                     )
                                             )
              Defendants.                    )
------------------------------------------------------------x
------------------------------------------------------------x
CLIFFORD W. JONES                            )
                                             )   Index No. 05-CV-00316
              Plaintiff,                     )
                                             )
     vs.                                     )
                                             )
MBNA CORP., BRUCE L. HAMMONDS,               )
KENNETH A. VECCHIONE,                        )
                                             )
              Defendants.                    )
------------------------------------------------------------x
------------------------------------------------------------x
LEMON BAY PARTNERS LLP                       )
                                             )   Index No. 05-CV-00327
              Plaintiff,                     )
                                             )
     vs.                                     )
                                             )
BRUCE L. HAMMONDS,                           )
KENNETH A. VECCHIONE, RICHARD K.             )
STRUTHERS, JOHN R. COCHRAN, III,             )
 LANCE L. WEAVER, AND MBNA CORP.             )
                                             )
              Defendants.                    )
------------------------------------------------------------x
```

[Caption continued on next page]

```
-----------------------------------------------------------x
DONALD R. BENOIT                              )
                                              )    Index No. 05-CV-00361
                Plaintiff,                    )
                                              )
        vs.                                   )
                                              )
BRUCE L. HAMMONDS, JOHN R. COCHRAN            )
III, RICHARD K STRUTHERS, KENNETH A.          )
VECCHIONE, LANCE L. WEAVER, CHARLES           )
C. KRULAK, MICHAEL G. RHODES, JOHN            )
W. SCHEFLEN, JAMES H. BERICK, MARY M.         )
BOIES, BENJAMIN R. CIVILETTI, WILLIAM         )
L. JEWS, RANDOLPH D. LERNER, STUART           )
L. MARKOWITZ, WILLIAM B. MILSTEAD,            )
LAURA S. UNGER, THOMAS G. MURDOUGH,           )
AND MBNA CORP.                                )
                                              )
                Defendants.                   )
-----------------------------------------------------------x
-----------------------------------------------------------x
MICHAEL D. BLUM                               )
                                              )    Index No. 05-CV-00372
                Plaintiff,                    )
                                              )
        vs.                                   )
                                              )
MBNA CORP., BRUCE L. HAMMONDS,                )
KENNETH A. VECCHIONE, JOHN R.                 )
COCHRAN, III, RICHARD K STRUTHERS,            )
LANCE L. WEAVER,                              )
                                              )
                Defendants.                   )
-----------------------------------------------------------x
```

[Caption continued on next page]

```
----------------------------------------------------------x
THOMAS J. CUSSEN                          )
                                          )   Index No. 05-CV-00389
                  Plaintiff,              )
                                          )
       vs.                                )
                                          )
MBNA CORP., BRUCE L. HAMMONDS,            )
KENNETH A. VECCHIONE, RICHARD K.          )
STRUTHERS, CHARLES C. KRULAK,             )
JOHN R. COCHRAN, III, MICHAEL G.          )
RHODES, LANCE L. WEAVER, AND              )
JOHN W. SCHEFLEN,                         )
                                          )
                  Defendants.             )
----------------------------------------------------------x
```

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on July 5, 2005, Scott Kimball, Virginia McMath, M.B. Kajbafnezhad, James Moran and Nancy Kisha Moran (the "Kimball Movants" or "Movants"), by their counsel, filed a motion in the United States District Court for the Southern District of New York for an Order: consolidating the actions entitled Kimball v. MBNA Corp. et al. (05-cv-04725-KMK) and McMath v. MBNA Corp., et al. (1:05-cv-05168-KMK) (the "Actions"); appointing Movants as Lead Plaintiffs; and approving Movants' selection of the Law Offices of Curtis V. Trinko, LLP and the Law Office of Alfred G. Yates Jr., PC as Co-Lead Counsel, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). The Actions were brought on behalf of the purchasers of the common stock of MBNA Corp. ("MBNA") against the defendants named in the Actions for such defendants' violations of the Securities Exchange Act of 1934, during the period January 20, 2005 through and including April 21, 2005 (the "Class Period").

DATED: July 5, 2005

By:

**LAW OFFICES OF CURTIS V. TRINKO, LLP**

*Curtis V. Trinko*

Curtis V. Trinko (CT-1838)
Jeffrey B. Silverstein (JS-4818)
16 West 46th Street, Seventh Floor
New York, NY 10036
Telephone: 212/490-9550
Fax: 212/986-0158
Email: ctrinko@trinko.com

**LAW OFFICE OF ALFRED G. YATES JR., PC**
Alfred G. Yates, Jr.
Gerald L. Rutledge
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219-1649
Telephone: 412/391-5164
Fax: 412/471-1033
Email: yateslaw@aol.com

*Proposed Co-Lead Counsel*

**To:**
**See Service List (annexed hereto)**

2