UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
JAMES M. BAKER                               )
                                             )   Index No. 05-CV-00272
                                             )
            Plaintiff,                       )
                                             )
   vs.                                       )
                                             )
MBNA CORP., BRUCE L. HAMMONDS,               )
KENNETH A. VECCHIONE, RICHARD K.             )
STRUTHERS, CHARLES C. KRULAK,                )
JOHN R. COCHRAN, III, MICHAEL G.             )
RHODES, LANCE L. WEAVER, AND                 )
JOHN W. SCHEFLEN,                            )
                                             )
            Defendants.                      )
------------------------------------------------------------x
------------------------------------------------------------x
ROCHELLE PHILLIPS                            )
                                             )   Index No. 05-CV-00277
            Plaintiff,                       )
                                             )
   vs.                                       )
                                             )
MBNA CORP., BRUCE L. HAMMONDS,               )
KENNETH A. VECCHIONE,                        )
                                             )
            Defendants.                      )
------------------------------------------------------------x

**FILED**

JUL 1 2 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

[Caption continued on next page]

```
-------------------------------------------------------------x
ROBERT WILKINS                                               )
                                                             )    Index No. 05-CV-00287
                 Plaintiff,                                  )
                                                             )
                                                             )
         vs.                                                 )
                                                             )
MBNA CORP., BRUCE L. HAMMONDS,                               )
KENNETH A. VECCHIONE, RICHARD K.                             )
STRUTHERS, CHARLES C. KRULAK,                                )
JOHN R. COCHRAN, III, MICHAEL G.                             )
RHODES, LANCE L. WEAVER, AND                                 )
JOHN W. SCHEFLEN,                                            )
                                                             )
                 Defendants.                                 )
-------------------------------------------------------------x
-------------------------------------------------------------x
LEONARD BRONSTEIN                                            )
                                                             )    Index No. 05-CV-00289
                 Plaintiff,                                  )
                                                             )
                                                             )
         vs.                                                 )
                                                             )
MBNA CORP., BRUCE L. HAMMONDS,                               )
KENNETH A. VECCHIONE, RICHARD K.                             )
STRUTHERS, CHARLES C. KRULAK,                                )
JOHN R. COCHRAN, III, MICHAEL G.                             )
RHODES, LANCE L. WEAVER, AND                                 )
JOHN W. SCHEFLEN,                                            )
                                                             )
                 Defendants.                                 )
-------------------------------------------------------------x
```

[Caption continued on next page]

```
-------------------------------------------------------x
GREG PENN                                              )
                                                       )   Index No. 05-CV-00293
                                                       )
                    Plaintiff,                         )
                                                       )
          vs.                                          )
                                                       )
MBNA CORP., BRUCE L. HAMMONDS,                         )
KENNETH A. VECCHIONE, RICHARD K.                       )
STRUTHERS, CHARLES C. KRULAK,                          )
JOHN R. COCHRAN, III, MICHAEL G.                       )
RHODES, LANCE L. WEAVER,                               )
                                                       )
                    Defendants.                        )
-------------------------------------------------------x
-------------------------------------------------------x
CLIFFORD W. JONES                                      )
                                                       )   Index No. 05-CV-00316
                                                       )
                    Plaintiff,                         )
                                                       )
          vs.                                          )
                                                       )
MBNA CORP., BRUCE L. HAMMONDS,                         )
KENNETH A. VECCHIONE,                                  )
                                                       )
                    Defendants.                        )
-------------------------------------------------------x
-------------------------------------------------------x
LEMON BAY PARTNERS LLP                                 )
                                                       )   Index No. 05-CV-00327
                    Plaintiff,                         )
                                                       )
          vs.                                          )
                                                       )
BRUCE L. HAMMONDS,                                     )
KENNETH A. VECCHIONE, RICHARD K.                       )
STRUTHERS,JOHN R. COCHRAN, III,                        )
 LANCE L. WEAVER, AND MBNA CORP.                       )
                                                       )
                    Defendants.                        )
-------------------------------------------------------x
```

[Caption continued on next page]

```
------------------------------------------------------------x
DONALD R. BENOIT                              )
                                              )   Index No. 05-CV-00361
              Plaintiff,                      )
                                              )
        vs.                                   )
                                              )
BRUCE L. HAMMONDS, JOHN R. COCHRAN            )
III, RICHARD K STRUTHERS, KENNETH A.          )
VECCHIONE, LANCE L. WEAVER, CHARLES           )
C. KRULAK, MICHAEL G. RHODES, JOHN            )
W. SCHEFLEN, JAMES H. BERICK, MARY M.         )
BOIES, BENJAMIN R. CIVILETTI, WILLIAM         )
L. JEWS, RANDOLPH D. LERNER, STUART           )
L. MARKOWITZ, WILLIAM B. MILSTEAD,            )
LAURA S. UNGER, THOMAS G. MURDOUGH,           )
AND MBNA CORP.                                )
                                              )
              Defendants.                     )
------------------------------------------------------------x
------------------------------------------------------------x
MICHAEL D. BLUM                               )
                                              )   Index No. 05-CV-00372
              Plaintiff,                      )
                                              )
        vs.                                   )
                                              )
MBNA CORP., BRUCE L. HAMMONDS,                )
KENNETH A. VECCHIONE, JOHN R.                 )
COCHRAN, III, RICHARD K STRUTHERS,            )
LANCE L. WEAVER,                              )
                                              )
              Defendants.                     )
------------------------------------------------------------x
```

[Caption continued on next page]

```
-----------------------------------------------------------x
THOMAS J. CUSSEN                           )
                                           )   Index No. 05-CV-00389
                Plaintiff,                 )
                                           )
                                           )
        vs.                                )
                                           )
                                           )
MBNA CORP., BRUCE L. HAMMONDS,             )
KENNETH A. VECCHIONE, RICHARD K.           )
STRUTHERS, CHARLES C. KRULAK,              )
JOHN R. COCHRAN, III, MICHAEL G.           )
RHODES, LANCE L. WEAVER, AND               )
JOHN W. SCHEFLEN,                          )
                                           )
                Defendants.                )
-----------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, CURTIS V. TRINKO, certify that true and correct copies of the NOTICE OF FILING were served upon the following attorneys by means of postage pre-paid first class mail through the U.S. Mail system on this date:

Richard C. Pepperman II
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Mary K. Blasy
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
401 B Street, Suite 1600
San Diego, California 92101

Paul J. Geller
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
197 South Federal Highway, Suite 200
Boca Raton, Florida 33432

Richard M. Morse
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Seth D. Rigrodsky
Milberg Weiss Bershad & Schulman LLP
919 North Market Street
Suite 411
Wilmington, DE 19801

Ralph Nicholas Sianni
Milberg Weiss Bershad & Schulman LLP
919 North Market Street
Suite 411
Wilmington, DE 19801

A. Zachary Naylor
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Joseph N. Gielata
Joseph N. Gielata, Esq.
501 Silverside Road
Suite 90
Wilmington, DE 19809


Dated: July 5, 2005
    New York, New York

_____
Curtis V. Trinko