**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DONALD F. BENOIT, Derivatively On Behalf of MBNA CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRUCE L. HAMMONDS, et al.,<br><br>　　　　　　　Defendants,<br><br>　　- and -<br><br>MBNA CORPORATION, a Maryland corporation,<br><br>　　　　　　　Nominal Defendant. | Civil Action No. **05-361 GMS** |

## ORDER

Before the Court is a motion by Joseph N. Gielata for leave to withdraw his appearance as counsel for plaintiff Donald F. Benoit. The Court finds that the motion to withdraw is hereby GRANTED.

IT IS SO ORDERED this ____ day of _____ 2005.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Gregory M. Sleet
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge