# JOSEPH N. GIELATA

### ATTORNEY AT LAW
501 SILVERSIDE ROAD, SUITE 90
WILMINGTON, DELAWARE 19809
WWW.GIELATALAW.COM
TEL (302) 798-1096
FAX (302) 397-0730

August 23, 2005

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
The J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

      Re:   *Benoit v. Hammonds, et al.*, Case No. 1:05-cv-361
             (MBNA Corp. Derivative Litigation)

Judge Sleet,

      On August 19, 2005, I filed a motion to withdraw my appearance of counsel in the above-captioned action (D.I. 7). In light of certain critical information I received yesterday, I hereby withdraw said motion.

      If Your Honor has any questions or requires further elaboration, I am available at the Court's convenience.

                                        Respectfully,

                                        Joseph N. Gielata (#4338)

cc:    Brian J. Robbins, Robbin Umeda & Fink LLP    (by email)