CERTIFICATE OF SERVICE

      I, Seth M. Beausang, hereby certify that on August 23, 2005, I electronically filed the Motion And Order For Admission Pro Hac Vice with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**By CM/ECF**

Joseph N. Gielata, Esq.
Attorney at Law
501 Silverside Rd.
Wilmington, DE 19809

/s/ Seth M. Beausang
Seth M. Beausang (I.D. #4071)

425691-Wilmington S1A