UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEMON BAY PARTNERS, LLP,<br><br>      Plaintiff,<br><br> - against -<br><br>BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, JOHN R. COCHRAN, III, LANCE L. WEAVER, CHARLES C. KRULAK, MICHAEL G. RHODES, JOHN W. SCHEFLEN, JAMES H. BERICK, MARY M. BOIES, BENJAMIN R. CIVILETTI, WILLIAM L. JEWS, RANDOLPH D. LERNER, STUART L. MARKOWITZ, WILLIAM B. MILSTEAD, LAURA S. UNGER AND THOMAS G. MURDOUGH,<br><br>      Defendants,<br><br> - and -<br><br>MBNA CORP.,<br><br>      Nominal Defendant. | Case No. 1:05-cv-00327-GMS |

[Caption continued on following page.]

| | |
|---|---|
| DONALD F. BENOIT, Derivatively On Behalf of MBNA CORPORATION,<br><br>      Plaintiff,<br><br> vs.<br><br>BRUCE L. HAMMONDS, JOHN R. COCHRAN, III, RICHARD K. STRUTHERS, KENNETH A. VECCHIONE, LANCE L. WEAVER, CHARLES C. KRULAK, MICHAEL G. RHODES, JOHN W. SCHEFLEN, JAMES H. BERICK, MARY M. BOIES, BENJAMIN R. CIVILETTI, WILLIAM L. JEWS, RANDOLPH D. LERNER, STUART L. MARKOWITZ, WILLIAM B. MILSTEAD, LAURA S. UNGER AND THOMAS G. MURDOUGH,<br><br>      Defendants,<br><br> - and -<br><br>MBNA CORPORATION, a Maryland corporation,<br><br>      Nominal Defendant. | Case No. 1:05-cv-00361-GMS |

**STIPULATED ORDER CONSOLIDATING ACTIONS AND APPOINTING CO-LEAD COUNSEL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the agreement of the parties, as evidenced by the signature of counsel hereto, and subject to Court approval, and in accordance with Fed. R. Civ. P. 42, it is hereby ordered:

1. There are presently two related shareholder derivative actions against certain of the officers and directors of MBNA Corporation ("MBNA") pending in this Court.

2. In an effort to ensure consistent rulings and decisions and avoid unnecessary duplication of effort, all parties in the related MBNA shareholder derivative actions currently pending in this Court enter into this stipulation.

3. The following actions involve common questions of law and fact and therefore are consolidated for all purposes, including pre-trial proceedings and trial, pursuant to Fed. R. Civ. P. 42(a):

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Lemon Bay Partners v. Hammonds, et al.* | 1:05-cv-00327-GMS | May 25, 2005 |
| *Benoit v. Hammonds, et al.* | 1:05-cv-00361-GMS | June 6, 2005 |

4. Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE MBNA CORPORATION DERIVATIVE AND CLASS LITIGATION | ) Lead Case No. 1:05-cv-00327-GMS ) ) |
| This Document Relates To:     ALL ACTIONS. | ) ) ) ) ) |

-1-

5. The files of these consolidated actions shall be maintained in one file under Lead Case File No. 1:05-cv-00327-GMS.

6. Plaintiffs shall file a Consolidated Derivative and Class Complaint ("Complaint") no later than 60 days from the date of entry of this Order, unless otherwise agreed between the parties and approved by the Court, which shall be deemed the operative complaint, superceding all complaints filed in any of the actions consolidated hereunder. Defendants shall have 60 days after the filing and service of the Complaint to answer, move to dismiss or otherwise respond to the Complaint. In the event that defendants file and serve a motion to dismiss the Complaint, plaintiffs shall file and serve their answering brief within 45 days after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' answering brief, they will do so within 30 days after plaintiffs' service of their answering brief.

7. The Co-Lead Counsel for plaintiffs in these consolidated actions is:

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
JEFFREY P. FINK
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

PASKOWITZ & ASSOCIATES
LAURENCE PASKOWITZ
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: 212/685-0969
Facsimile: 212/685-2306

8. Plaintiffs' Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding pre-trial procedure, trial and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

9. Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiffs except through plaintiffs' Co-Lead Counsel.

10. The Liaison Counsel for plaintiffs in these consolidated actions is:

> CHIMICLES & TIKELLIS, LLP
> PAMELA S. TIKELLIS
> ROBERT J. KRINER, JR.
> A. ZACHARY NAYLOR
> ROBERT R. DAVIS
> One Rodney Square
> P.O. Box 1035
> Wilmington, DE 19899
> Telephone: 302/656-2500
> Facsimile: 302/656-9053

11. Plaintiffs' Liaison Counsel shall be available and responsible for communications by plaintiffs to and from this Court, including distributing orders and other directions from the Court to plaintiffs' counsel. Plaintiffs' Liaison Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

12. Defendants' counsel may rely upon all agreements made with any of plaintiffs' Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such agreements shall be binding on plaintiffs.

13. Defendants' counsel shall appear for and accept service on behalf of each of their clients not already served without waiving any jurisdictional rights.

14. This Order shall apply to each shareholder derivative and state law based class action arising out of the same or substantially the same transactions or events as these cases that is subsequently filed in, removed to or transferred to this Court.

15. When a case which properly belongs as part of the *In re MBNA Corporation Derivative and Class Litigation*, Lead Case No. 1:05-cv-00327-GMS, is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of the *In re MBNA Corporation Derivative and Class Litigation*, Lead Case No.1:05-cv-00327-GMS, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

DATED: August 23, 2005

        JOSEPH N. GIELATA
        ATTORNEY AT LAW

        /s/ Joseph N. Gielata
        JOSEPH N. GIELATA

        Counsel for Plaintiff Donald F. Benoit

        501 Silverside Road, Suite 90
        Wilmington, DE 19809
        Telephone: 302/798-1096
        Facsimile: 302/792-0777

        Of Counsel:
        ROBBINS UMEDA & FINK, LLP
        BRIAN J. ROBBINS
        JEFFREY P. FINK
        610 West Ash Street, Suite 1800
        San Diego, CA 92101
        Telephone: 619/525-3990
        Facsimile: 619/525-3991

        Counsel for Plaintiff Donald F. Benoit and
        [Proposed] Co-Lead Counsel for Plaintiffs

DATED: August ___, 2005

        CHIMICLES & TIKELLIS, LLP
        PAMELA S. TIKELLIS
        ROBERT J. KRINER, JR.

A. ZACHARY NAYLOR
ROBERT R. DAVIS
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Telephone: 302/656-2500
Facsimile: 302/656-9053

By: _____
         PAMELA S. TIKELLIS

Counsel for Plaintiff Lemon Bay Partners, LLP and [Proposed] Liaison Counsel for Plaintiffs

PASKOWITZ & ASSOCIATES
LAURENCE PASKOWITZ
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: 212/685-0969
Facsimile: 212/685-2306

Counsel for Plaintiff Lemon Bay Partners, LLP and [Proposed] Co-Lead Counsel for Plaintiffs

LAW OFFICES OF CHRISTOPHER J. GRAY, P.C.
CHRISTOPHER J. GRAY
460 Park Avenue, 21st Floor
New York, NY 10022
Telephone: 212/838-3221
Facsimile: 212/937-3139

ROY JACOBS & ASSOCIATES
ROY L. JACOBS
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: 212/867-1156
Facsimile: 212/504-8343

Counsel for Plaintiff Lemon Bay Partners, LLP

DATED: August ___, 2005                    YOUNG CONWAY STARGATT & TAYLOR,

LLP
RICHARD H. MORSE (No. 531)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: 302/571-6600
Facsimile: 302/576-3319

By: /s/ Richard H. Morse
RICHARD H. MORSE

Of Counsel:
SULLIVAN & CROMWELL LLP
RICHARD C. PEPPERMAN, II
125 Broad Street
New York, New York 10004
Telephone: 212/558-4000
Facsimile: 212/558-3588

Counsel for nominal defendant MBNA Corporation and defendants Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, John R. Cochran, III, Lance L. Weaver, Charles C. Krulak, Michael G. Rhodes and John W. Scheflen

DATED: August ___, 2005

SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
EDWARD P. WELCH (No. 671)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Telephone: 302/651-3060
Facsimile: 302/651-3001

By: /s/ Edward P. Welch
EDWARD P. WELCH

Of Counsel:
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
JAY B. KASNER

          Four Times Square
          New York, NY 10036
          Telephone: 212/735-3000
          Facsimile: 212/735-2000

          Counsel for defendants James H. Berick, Mary M. Boies, Benjamin R. Civiletti, William L. Jews, Randolph D. Lerner, Stuart L. Markowitz, William B. Milstead, Laura S. Unger and Thomas G. Murdough

### **ORDER**

The above stipulation having been considered, and good cause appearing therefore,

  IT IS SO ORDERED.

_____          _____
DATED                   HONORABLE GREGORY M. SLEET
                     DISTRICT COURT JUDGE

G:\Cases\MBNA\Stipulations\stip appointing lead counsel.wpd